

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2018

No. 04-18-00474-CR

Raymond **DANIELS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3242
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Because the trial court's certification in the original clerk's record states "this criminal case is a plea-bargain case, and the defendant has NO right of appeal," on July 25, 2018, we ordered Appellant to cause an amended trial court certification to be filed in this court showing Appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d), 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.).

On August 8, 2018, a supplemental clerk's record was filed with an amended trial court certification stating that "this criminal case . . . is a plea bargain case, but matters were raised by written motion filed and ruled on before the trial and not withdrawn or waived, and the defendant has the right of appeal."

Our July 25, 2018 show cause order is satisfied. We reinstate the appellate timetable. Appellant's brief is due THIRTY DAYS from the date of this order. *See* TEX. R. APP. P. 35.2(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2018.



Keith E. Hottle
Clerk of Court